IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 20-3500-KBJ |

## PLAINTIFFS' NOTICE REGARDING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

In Defendants' reply in support of their Motion to Dismiss, they "waive[d] oral argument" to "further facilitate the expeditious resolution of this matter." Defs.' Reply at 2, ECF No. 16. In light of this late-breaking waiver, Plaintiffs respectfully submit this notice to convey that a hearing on Defendants' motion is necessary and appropriate both because of the substantial legal questions presented in this case, and to ensure Plaintiffs can fully address issues Defendants belatedly raised for the first time in their reply. *See, e.g.*, Defs.' Reply at 22-23, ECF No. 16 (arguing for the first time that the "equities weigh heavily against Plaintiffs' claims," which Defendants now assert is "one more independent reason" for granting their motion); Defs.' Mot. to Dismiss, ECF No. 14-1 (raising no such argument); Pls.' Opp. at 12-13 & n.4, ECF No. 15 (noting Defendants' motion did not dispute this issue).

Dated: January 7, 2021

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
Telephone: (301) 717-6610
weismann.anne@gmail.com

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1101 K St. N.W., Suite 201
Washington, DC 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiffs*