FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title,*   Donald J Trump, President of the United States of America

*if any)* was received by me on *(date)*    12/ 7/ 20   .

☐  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*  I sent a copy of the summons and complaint by certified mail on December 2, 2020 to the President of the United States, Jared Kushner, David Ferriero, the Executive Office of the President, National Archives and Records Administration,  the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:   1/8/21

_____
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W.  Suite 201
Washington, D.C. 20005

_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201810000110721160

Remove ✕

Your item was delivered at 6:13 am on December 7, 2020 in WASHINGTON, DC 20521.

## ⊘ Delivered

December 7, 2020 at 6:13 am
Delivered
WASHINGTON, DC 20521

**Get Updates** ⌄



---

### Text & Email Updates ⌄

---

### Tracking History ⌃

**December 7, 2020, 6:13 am**
Delivered
WASHINGTON, DC 20521
Your item was delivered at 6:13 am on December 7, 2020 in WASHINGTON, DC 20521.

---

**December 4, 2020, 11:03 am**
Available for Pickup
WASHINGTON, DC 20520

---

**December 4, 2020, 8:57 am**
Arrived at Unit

WASHINGTON, DC 20018

---

**December 3, 2020, 5:36 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 4:27 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 3:04 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 3, 2020, 1:50 am**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 2, 2020, 4:52 pm**
USPS in possession of item
BURKE, VA 22015

---

**Product Information**                                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* was received by me on *(date)* 12/7/20 .

Jared Kushner, Senior Advisor to the President of the United States

❏  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*  I sent a copy of the summons and complaint by certified mail on December 2, 2020 to the President of the United States, Jared Kushner, David Ferriero, the Executive Office of the President, National Archives and Records Administration,  the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   1/8/21

_____
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W.  Suite 201
Washington, D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70201810000110721207

Remove ✕

Your item was delivered at 6:13 am on December 7, 2020 in WASHINGTON, DC 20521.

## ⊘ Delivered

December 7, 2020 at 6:13 am
Delivered
WASHINGTON, DC 20521

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

**December 7, 2020, 6:13 am**
Delivered
WASHINGTON, DC 20521
Your item was delivered at 6:13 am on December 7, 2020 in WASHINGTON, DC 20521.

---

**December 4, 2020, 11:03 am**
Available for Pickup
WASHINGTON, DC 20520

---

**December 4, 2020, 8:58 am**
Arrived at Unit

WASHINGTON, DC 20018

---

**December 3, 2020, 5:35 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 4:27 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 3:04 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 3, 2020, 1:51 am**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

---

**December 2, 2020, 4:54 pm**
USPS in possession of item
BURKE, VA 22015

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No.   1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David S. Ferriero, Archivist of the United States

was received by me on *(date)*  12/30/20   .

❏ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* I sent a copy of the summons and complaint by certified mail on December 2, 2020 to
the President of the United States, Jared Kushner, David Ferriero, the Executive Office
of the President, National Archives and Records Administration,  the US Attorney for
the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   1/8/21

_____
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W.  Suite 201
Washington, D.C. 20005

_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201810000110721177                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:33 am on December 30, 2020 in COLLEGE PARK, MD 20740.



## ⊘ Delivered

December 30, 2020 at 10:33 am
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌃

**December 30, 2020, 10:33 am**
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740
Your item was delivered to the front desk, reception area, or mail room at 10:33 am on December 30, 2020 in COLLEGE PARK, MD 20740.

---

**December 30, 2020, 8:35 am**
Out for Delivery
COLLEGE PARK, MD 20740

---

**December 30, 2020, 8:24 am**
Arrived at Unit
COLLEGE PARK, MD 20740

---

**December 7, 2020**
In Transit to Next Facility

---

**December 3, 2020, 1:50 am**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 2, 2020, 4:54 pm**
USPS in possession of item
BURKE, VA 22015

---

**Product Information** 

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No.    1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title,*          Timothy J. Shea, U.S. Attorney for the District of Columbia

*if any)* was received by me on *(date)* 12/7/20          .

☐ I personally served the summons on the individual at *(place)* _____

_____          on *(date)* _____ ; or

⊐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____          on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*    I sent a copy of the summons and complaint by certified mail on December 2, 2020 to the
President of the United States, Jared Kushner, David Ferriero, the Executive Office of the
President, National Archives and Records Administration,  the US Attorney for the District
of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00      .

I declare under penalty of perjury that this information is

true. 1/ 8/ 21

Date: _____

_____
*Server's signature*

Eden Tadesse, Paralegal
_____
*Printed name and title*

1101 K Street, N.W.  Suite 201
Washington, D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

## Track Another Package ✛

**Tracking Number:** 70201810000110721221

Remove ✕

Your item was delivered at 4:50 am on December 7, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 7, 2020 at 4:50 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**December 7, 2020, 4:50 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on December 7, 2020 in WASHINGTON, DC 20530.

**December 4, 2020, 10:58 am**
Available for Pickup
WASHINGTON, DC 20530

**December 4, 2020, 9:29 am**
Arrived at Unit

WASHINGTON, DC 20018

---

**December 3, 2020, 5:35 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 4:27 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 3:04 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 3, 2020, 1:51 am**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

---

**December 2, 2020, 4:54 pm**
USPS in possession of item
BURKE, VA 22015

---

**Product Information**                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No.    1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    National Archives and Records Administration
was received by me on *(date)* 12/7/20                .

☐  I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify)*:  I sent a copy of the summons and complaint by certified mail on December 2, 2020
to the President of the United States, Jared Kushner, David Ferriero, the Executive
Office of the President, National Archives and Records Administration,  the US
Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  1/8/21                          _____
                                                              *Server's signature*

                                                   Eden Tadesse, Paralegal
                                                   _____
                                                              *Printed name and title*

                                                   1101 K Street, N.W.  Suite 201
                                                   Washington, D.C. 20005
                                                   _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70201810000110721184

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on December 7, 2020 in COLLEGE PARK, MD 20740.

⊘ **Delivered**

December 7, 2020 at 1:52 pm
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 7, 2020, 1:52 pm**
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740
Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on December 7, 2020 in COLLEGE PARK, MD 20740.

---

**December 4, 2020, 4:37 pm**
Delivery Attempted - No Access to Delivery Location
COLLEGE PARK, MD 20740

---

**December 4, 2020, 9:30 am**
Out for Delivery
COLLEGE PARK, MD 20740

---

**December 4, 2020, 9:22 am**
Arrived at Unit
COLLEGE PARK, MD 20740

---

**December 3, 2020, 11:36 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

---

**December 3, 2020, 11:36 pm**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

---

**December 3, 2020, 10:52 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

---

**December 3, 2020, 1:50 am**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 2, 2020, 4:54 pm**
USPS in possession of item
BURKE, VA 22015

---

Feedback

## Product Information                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

FOIA Summons (1/13) (Page 2)

Civil Action No.   1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* was received by me on *(date)* 12/7/20 .
Executive Office of the President

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   I sent a copy of the summons and complaint by certified mail on December 2, 2020 to
the President of the United States, Jared Kushner, David Ferriero, the Executive Office
of the President, National Archives and Records Administration, the US Attorney for
the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is

true. 1/ 8/21

Date: _____

_____
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W.  Suite 201
Washington, D.C. 20005

_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201810000110721191                      Remove ✕

Your item was delivered at 6:13 am on December 7, 2020 in WASHINGTON, DC 20521.

⊘ **Delivered**

December 7, 2020 at 6:13 am
Delivered
WASHINGTON, DC 20521

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                     ⌄

---

**Tracking History**                                                         ⌃

**December 7, 2020, 6:13 am**
Delivered
WASHINGTON, DC 20521
Your item was delivered at 6:13 am on December 7, 2020 in WASHINGTON, DC 20521.

---

**December 4, 2020, 11:03 am**
Available for Pickup
WASHINGTON, DC 20520

---

**December 4, 2020, 8:57 am**
Arrived at Unit

WASHINGTON, DC 20018

---

**December 3, 2020, 5:36 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 4:27 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 3:04 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 3, 2020, 1:50 am**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

---

**December 2, 2020, 4:54 pm**
USPS in possession of item
BURKE, VA 22015

---

**Product Information**                                                          ⌄

_____

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No.   1:20-cv-03500

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   William Barr, Attorney General

was received by me on *(date)*   12/7/20   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   I sent a copy of the summons and complaint by certified mail on December 2, 2020 to
the President of the United States, Jared Kushner, David Ferriero, the Executive Office
of the President, National Archives and Records Administration,  the US Attorney for
the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   1/8/21
_____

_____
Server's signature

Eden Tadesse, Paralegal
Printed name and title

1101 K Street, N.W.  Suite 201
Washington, D.C. 20005

_____
Server's address

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70201810000110721214

Remove ✕

Your item was delivered at 4:50 am on December 7, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

December 7, 2020 at 4:50 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

**Text & Email Updates**                                           ⌄

**Tracking History**                                              ⌃

**December 7, 2020, 4:50 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on December 7, 2020 in WASHINGTON, DC 20530.

**December 4, 2020, 10:58 am**
Available for Pickup
WASHINGTON, DC 20530

**December 4, 2020, 9:25 am**
Arrived at Unit

WASHINGTON, DC 20018

---

**December 3, 2020, 6:00 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 4:27 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**December 3, 2020, 3:04 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**December 3, 2020, 1:51 am**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

---

**December 2, 2020, 4:54 pm**
USPS in possession of item
BURKE, VA 22015

---

**Product Information**        ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

College Park, MD 20740

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage
$ $7.50

Total Postage and Fees
$ $11.05

0221
12

Postmark
Here

12/02/2020

Sent To Bnud Ferriero

Street and Apt. No., or PO Box No. 8601 Adelphi Read

City, State, ZIP+4® College Park MD 70740

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions